# 842    CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the CASUALTY COMPANY OF AMERICA. In the Matter of the Claim of the SOUTHERN ELECTRIC COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA SCHOCH, Respondent, v. ADOLPH SCHOCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA SCHOCH, Respondent, v. ADOLPH SCHOCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD J. RAMSEY, Respondent, v. F. W. HAHN Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

McNAB & HARLIN MANUFACTURING COMPANY, Respondent, v. THE BADER COAL COMPANY, Appellant.— Order modified by granting defendant's motion as to paragraph 3 of the notice of taking of deposition, and as so modified affirmed, without costs. The time for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

255 FIFTH AVENUE CORPORATION, Respondent, v. GERALD G. FREEMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

255 FIFTH AVENUE CORPORATION, Respondent, v. GERALD G. FREEMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

255 FIFTH AVENUE CORPORATION, Respondent, v. GERALD G. FREEMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS A. LEWIS, Respondent, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DONALD MACKENZIE, Respondent, v. JOHN PEARCE RICHARDSON and Another, Individually and as Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to postpone the trial pending the issuance of a commission to take depositions of defendants in Australia and the return thereof to the Supreme Court. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

I. POLLACK & Co., INC., Respondent, v. EUREKA DRESS Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ASTRA SALES COMPANY, INC., Respondent, v. AMERICAN MERCHANT MARINE